

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-08-00337-CR

DONNA GAYLE HOLCOMB, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 230th District Court of Harris County.   (Tr. Ct. No. 1141352).

**TO THE 230TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 28th day of August 2014, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on April 16, 2008.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment. Accordingly, the Court **reverses** the judgment of the trial court and **remands** the case to the trial court with instructions to reform the conviction to reflect the third-degree felony theft of property with an aggregated value of between $20,000 and $100,000 and to conduct a new punishment hearing.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 28, 2014.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 19, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

